UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09-CV-445-C

**CONNIE MARSHALL**   **PLAINTIFF**

**v.**

**GLOBAL CONNECTIONS, INC.** *et al.*
**DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

Unrepresented by counsel, the plaintiff, Connie Marshall, filed this action against Global Connections Inc., Global Connections Inc. of America, and their President and CEO Houssam Abdallah. By order entered October 15, 2010, the court dismissed this case under 28 U.S.C. § 1915(e)(2)(B)(i) as being frivolous. In the same order, the court certified that an appeal of this action would not be taken in good faith. Currently before the court is Marshall's motion to proceed *in forma pauperis* on appeal (DN 12).

Because the court certified that an appeal would not be taken in good faith, **IT IS ORDERED** that the motion to proceed *in forma pauperis* on appeal (DN 12) is **DENIED**.

In order for Marshall to proceed with an appeal in this action, **she must either: (1) pay the $455.00 appellate filing fee in full to the clerk of the district court within 30 days after receiving notice of this order; or (2) file a motion to proceed on appeal *in forma pauperis* in the United States Court of Appeals for the**

**Sixth Circuit within 30 days after service of this order in accordance with Fed. R. App. P. 24(a)(5).** *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

Should Marshall choose to pay the full $455.00 appellate filing fee, payment shall be made payable to **Clerk, U.S. District Court** and sent to or paid in person at the following address:

United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, Kentucky 40202

Failure either to pay the $455.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit within **30 days** may result in **dismissal** of Marshall's appeal. *Id.* Pursuant to Fed. R. App. P. 24(a)(4), the **clerk of court shall serve a copy of this order on the parties and the United States Court of Appeals for the Sixth Circuit (appeal no. 10-5315).**

Signed on  May 27, 2010

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**